UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
*Electronically Filed*

JAMES AND DONNA BREETZ　　　　　　CASE NO. 2:15-CV-00076

　　**PLAINTIFF**　　　　　　　　　　　　JUDGE: J. GREGORY WEHRMAN

v.

WEST CHESTER HOSPITAL, LLC, ET AL.

　　**DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　Plaintiffs, James and Donna Breetz by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby give notice that they are voluntarily dismissing their claims against the Defendants Medtronic, Inc., and Medtronic Sofamor Danek, USA, Inc., without prejudice to their right to re-file said claims.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Paul J. Schachter*
　　　　　　　　　　　　　　　　　　Paul J. Schachter (61750)
　　　　　　　　　　　　　　　　　　Schachter, Hendy & Johnson, PSC
　　　　　　　　　　　　　　　　　　909 Wright's Summit Parkway, #210
　　　　　　　　　　　　　　　　　　Ft. Wright, KY 41011
　　　　　　　　　　　　　　　　　　Phone:(859) 578-4444
　　　　　　　　　　　　　　　　　　Fax: (859) 578-4440
　　　　　　　　　　　　　　　　　　Email: pschachter@pschachter.com

　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

*/s/ Paul J. Schachter*
Paul J. Schachter (61750)