# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION
*Electronically Filed*

JAMES AND DONNA BREETZ　　　　　　CASE NO. 2:15-CV-00076

　　**PLAINTIFF**　　　　　　　　　　　JUDGE: AMUL R. THAPAR

v.

WEST CHESTER HOSPITAL, LLC, ET AL.

　　**DEFENDANTS**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, James Breetz and Donna Breetz, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby give notice that they are voluntarily dismissing their claims against the Defendants Alphatec Spine, Inc., and Alphatec Holdings, Inc., without prejudice to their right to re-file said claims.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Paul J. Schachter*_____
　　　　　　　　　　　　　　　　　　Paul J. Schachter (61750)
　　　　　　　　　　　　　　　　　　Schachter, Hendy & Johnson, PSC
　　　　　　　　　　　　　　　　　　909 Wright's Summit Parkway, Suite 210
　　　　　　　　　　　　　　　　　　Ft. Wright, KY 41011
　　　　　　　　　　　　　　　　　　Phone:(859) 578-4444
　　　　　　　　　　　　　　　　　　Fax: (859) 578-4440
　　　　　　　　　　　　　　　　　　Email: pschachter@pschachter.com

　　　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

                                           */s/ Paul J. Schachter*_____
                                           Paul J. Schachter (61750)