UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**JAMES AND DONNA BREETZ**　　　　　CASE NO. 2:15-CV-00076

　　Plaintiff,　　　　　　　　　　　　　Judge: Thapar

v.　　　　　　　　　　　　　　　　　　MOTION TO PROCEED
　　　　　　　　　　　　　　　　　　　PRO HAC VICE

**WEST CHESTER HOSPITAL, LLC, et al.**

　　Defendant.

Pursuant to LR 83.2, James F. Brockman, trial attorney for Defendants Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc. in the above-referenced action, hereby moves the Court to admit Michael F. Lyon, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc.

Movant represents that Michael F. Lyon is a member in good standing of the Supreme Court of Ohio as attested by the accompanying certificate from that court. This Motion is accompanied by the required $95.00 fee.

Michael F. Lyon understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Lyon consents to the jurisdiction and rules of the United States District Court, Eastern District of Kentucky governing professional conduct.

605242v1　　　　　　　　　　　　　1

**WHEREFORE**, Defendants Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc., by and through the undersigned counsel, hereby moves this Court to admit, *pro hac vice*, Michael F. Lyon for the purpose of participating in the prosecution of this matter and the representation of the Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc.  The undersigned further acknowledges that Mr. Lyon agrees to be bound by the Rules of this Court.

Michael F. Lyon's relevant identifying information is as follows:

| | |
|---|---|
| Business telephone: | 513-421-6630 |
| Business fax: | 513-421-0212 |
| Business Address: | Lindhorst & Dreidame Co., LPA<br>312 Walnut Street, Suite 3100<br>Cincinnati, OH 45202 |
| Business email address: | mlyon@lindhorstlaw.com |

/s/ James F. Brockman
James F. Brockman (#0009469)
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, Ohio  45202
Telephone: (513) 421-6630
Facsimile: (513)421-0212
E-mail: jbrockman@lindhorstlaw.com
Trial Attorney Defendants Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc.

605242v1                                                                     2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by regular U.S. Mail on this 15 day of July, 2015.

Paul J. Schacter, Esq,
Schacter Hendy & Johnson, PSC
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 41011
Attorney for Plaintiff

Robert L. Poole, Esq.
8044 Montgomery Road
Suite 700
Cincinnati, OH 45236
*Attorneys for Plaintiff*

/s/ *James F. Brockman*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

JAMES AND DONNA BREETZ                CASE NO. 2:15-CV-00076

    Plaintiff,                                        Judge: Thapar

v.

                                                         PROPOSED ENTRY
                                                         GRANTING MOTION
WEST CHESTER HOSPITAL, LLC, et al.    FOR PRO HAC VICE

    Defendant.

The Court, being fully advised, finds the Motion for Admission Pro Hac Vice of Michael F. Lyon as trial counsel for Defendants, Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc., is well taken, and for good cause shown, said Motion is hereby granted and

IT IS ORDERED, ADJUDGED AND DECREED that Michael F. Lyon is admitted to practice *pro hac vice* as trial counsel for Defendants, Abubakar Atiq Durrani, M.D. and Center for Advanced Spine Technologies, Inc..

Date:_____                        _____
                                            Judge Thapar

605247v1                                1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by regular U.S. Mail on this 15 day of July, 2015.

Paul J. Schacter, Esq,
Schacter Hendy & Johnson, PSC
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 41011
Attorney for Plaintiff

Robert L. Poole, Esq.
8044 Montgomery Road
Suite 700
Cincinnati, OH 45236
*Attorneys for Plaintiff*

/s/ James F. Brockman

# The Supreme Court of Ohio

## C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Michael Francis Lyon

was admitted to the practice of law in Ohio on November 07, 1975; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of June, 2015.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*