Eastern District of Kentucky
**FILED**
OCT 19 2015
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 15-76-ART-JGW

JAMES BREETZ AND DONNA BREETZ                              PLAINTIFFS

V.

WEST CHESTER HOSPITAL, LLC
UC HEALTH, INC.
CENTER FOR ADVANCED SPINE TECHNOLOGIES, INC.
ABUBAKAR ATIQ DURRANI, MD.                                 DEFENDANTS

## PARTIAL AGREED ORDER OF DISMISSAL

A settlement conference was held on July 17, 2015 before Magistrate Judge J. Gregory Wehrman with the following appearances: Paul Schachter and Robert Poole, attorneys for plaintiffs Breetz; Walter E. Haggerty, attorney for defendants West Chester Hospital and UC Health, Inc. The parties have reached a settlement on the cases now pending against defendants West Chester Hospital and UC Health, Inc., and the claims against defendants Abubakar Aitq Durrani, M.D., and Center for Advanced Spine Technologies remaining in this case, accordingly;

**IT IS ORDEREED AND ADJUDGED:**

1. The plaintiff's claims against defendants West Chester Hospital and UC Health, Inc. are dismissed with prejudice, each party to bear its own costs;

2. The claims against defendants Abubakar Aitq Durrani, M.D., and Center for Advanced Spine Technologies, Inc., are not affected by this entry and SHALL REMAIN.

Scanned

This __19__ day of __October__, 2015.

Signed By:
Amul R. Thapar AT
United States District Judge

AMUL R. THAPAR, JUDGE

HAVE SEEN AND APPROVED:

_/s/ James Breetz_
JAMES BREETZ, Plaintiff

_/s/ Donna Breetz_
DONNA BREETZ, Plaintiff

_/s/ Paul Schachter_
PAUL J. SCHACHTER, Attorney for Plaintiff Kitts

_/s/ Paul Schachter_
ROBERT L. POOLE, Attorney for Plaintiff Kitts

_/s/ WEH_
WALTER E. HAGGERTY, Attorney for Defendants
West Chester Hospital and UC Health, Inc.